UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-4165-L |
| Plaintiff, | ) ) | ORDER TO CONTINUE |
| vs. | ) ) | |
| RANSE SHABA, | ) ) | |
| Defendant. | ) ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the July 9, 2012 sentencing hearing be continued to Monday, October 15, 2012, at 8:30 a.m.  Good cause being shown through stipulation of the parties all time until October 15, 2012, is excluded.

IT IS SO ORDERED.

DATED:  June 7, 2012

_____
M. James Lorenz
United States District Court Judge